125 A.3d 771

**Mr. Joseph P. GUARRASI, J.D., Petitioner**

v.

**Honorable Albert J. CEPPARULO and the Bucks County Court of Common Pleas, Respondents.**

**No. 141 MM 2015.**

Supreme Court of Pennsylvania.

Nov. 13, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of November, 2015, the Application for Leave to File Original Process is **GRANTED,** the

416

Petition for Writ of Mandamus is **DENIED,** and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.